Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Peter Bellini, Jr. and Patricia Mary Cashin
Debtor

Case No.: 13–18248–KCF
Chapter 13

Peter Bellini Jr.
Plaintiff

v.

M&T Bank Corporation
Defendant

Adv. Proc. No. 18–01026–KCF                                   Judge: Kathryn C. Ferguson

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on May 15, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 6
Joint Scheduling Order. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/14/2018. Discovery due by 10/8/2018. Trial date set for 3/20/2019 at 10:00 AM at KCF – Courtroom 2, Trenton. (slf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 15, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Bellini, Jr.,
    Plaintiff

M&T Bank Corporation,
    Defendant

Adv. Proc. No. 18-01026-KCF

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 15, 2018
                  Form ID: orderntc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
pla         +Peter Bellini, Jr.,   9 Stoney Brook Drive,   Millstone Township, NJ 08510-8744
md          +Sam Della Fera,   Trenk, DiPasquale, Della Fera, Sodono,   347 Mount Pleasant Avenue,
              Suite 300,   West Orange, NJ 07052-2730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
dft            E-mail/Text: camanagement@mtb.com May 15 2018 21:44:30      M&T Bank Corporation,
              One M&T Plaza,   8th Floor,   Buffalo, NY  14203
                                                                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
        Andy  Winchell    on behalf of Plaintiff Peter  Bellini, Jr. andy@winchlaw.com,
          awinchellecf@gmail.com;katharine@winchlaw.com
        Kevin Gordon McDonald    on behalf of Defendant   M&T Bank Corporation kmcdonald@blankrome.com,
          bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor   M&T Bank kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
                                                                                                                                                TOTAL: 3